| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-CR-00416-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

FILED
MAR 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **David Washington** 2 | DISTRICT **New Jersey** | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE **Jerome B. Simandle** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/17/2006 — TO 11/16/2009 |

| OFFENSE **Conspiracy to Distribute Narcotics** |
|---|

08CR 255

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE COLE

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ED/PA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 20, 2008                    /s/ Jerome B. Simandle
Date                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008                         /s/ James F. Holderman
Effective Date                       United States District Judge